[No. 27017-3-III.   Division Three.   March 17, 2009.]

GROOM, INC., *Respondent*, v. PAUL KABRICK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-00413-3, Salvatore F. Cozza, J., entered April 7, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.

[No. 27159-5-III.   Division Three.   March 17, 2009.]

KAREN R. MENZIE ET AL., *Appellants*, v. WEBSTER & FREY, PLLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whitman County, No. 06-2-00262-6, Richard W. Miller, J. Pro Tem., entered April 24, 2008. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.

[No. 35773-9-II.   Division Two.   March 24, 2009.]

*In the Matter of the Personal Restraint of* JIMMEE CHEA, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36686-0-II.   Division Two.   March 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB JUAN RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00119-1, James B. Sawyer II, J., entered August 24, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.